IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETER CHAPLA,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| **FATHER JUDGE HIGH SCHOOL, et al.,** | : | NO. 2:22-cv-3971-MRP |
| Defendants. | : | |

## ORDER

**AND NOW,** this 29th day of January, 2025, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 32), and Plaintiff's response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

_____
Hon. Mia R. Perez